# EXHIBIT B

# Patent Claims Analysis
## of
### US8381309: "Methods and systems for secure communication over a public network"

### against
### Zoho Cliq

# US8381309B2
## United States

| | |
|---|---|
| Inventor | Dan RollsIphtach Cohen |
| Current Assignee | Datrec LLC |

**Worldwide applications**

2007  WO US

| PCT/IL2007/001518 | Claims priority from a provisional application | 60/873,252 | 12/07/2006 |
|---|---|---|---|
| PCT/IL2007/001518 | Claims priority from a provisional application | 60/873,254 | 12/07/2006 |

Total patentTerm Adjustments
**arrow_upward**
**647days**

CLAIMS

9. A system for enabling communication between users over a communication network, the system comprising;

a server system associated with a database comprising verified data relating an individual, said server system being configured and operable to verify at least some of the data so as to authenticate an identity of the individual;

determining a level of reliability in authenticity based on correspondence between data on said individual entered by a plurality of related individuals; and

the system being configured to define one or more levels of permitted communication between individuals in the database and the verified individual on the basis of said verification.

| Row | Claim Element | Contention |
|---|---|---|
| 9.0 | 9. A system for enabling communication between users over a communication network, the system comprising; | *Plaintiff contends that Zoho Cliq is a system for enabling communication between users over a communication network.*<br><br><https://www.zoho.com/cliq/team-collaboration.html> *© 2024* |
| 9.1 | a server system associated with a database comprising verified data relating an individual, | *Plaintiff contends that Zoho Cliq has a **server system** [**"Zoho Analytics server"**] associated with a **database** [**"local/hosted database"**] comprising **verified data relating an individual** [**"members of an organization"**].*<br><br>*For example, Zoho Cliq comprises a server system called Zoho Analytics server, which stores electronic record of individuals, etc. in a database. "members of an organization" means that each member has verified data by definition.* |

| | | |
|---|---|---|
| | | Zoho Databridge is a lightweight independent utility that bridges your on-premise data source and Zoho Analytics server to enable easy data import. You can also automate the import process to synchronize the data from your local /hosted database into Zoho Analytics at a periodic interval.<br><*https://www.zoho.com/analytics/help/import-data/databridge.html*> © 2024<br><br>Zoho Analytics integrates with Zoho Cliq to enable easy collaboration amongst the members of an organization. This integration allows you to engage in organized conversations and track communication easily.<br><*https://www.zoho.com/analytics/help/cliq/chat-using-cliq.html*> © 2024<br><br><br><br>Your account will be successfully authenticated.<br><*https://www.zoho.com/analytics/help/managing-datasources.html#connector_re-authenticate*> © 2024 |

Streamline your conversations with Cliq channels for asynchronous team collaboration. Modify a channel's accessibility using channel permissions, use @mentions to notify team members, and make sure your ideas, resources, and efforts align with team goals.



<*https://www.zoho.com/cliq/team-collaboration.html*> *© 2024*

|   |   |   |
|---|---|---|
|   |   | Start focused discussions on specific messages and keep the context of the conversation intact with threaded replies. Host meetings and notify members who are following the thread without disturbing the others in the channel.<br><br><br><br><*https://www.zoho.com/cliq/team-collaboration.html*> © 2024 |
| 9.2 | said server system being configured and operable to verify at least some of the data so as to authenticate an identity of the individual; | *Plaintiff contends that Zoho Cliq's said **server system being configured and operable** [**"Zoho Analytics server"**] to **verify at least some of the data** [**"local/hosted database"**] so as to **authenticate an identity of the individual** [**"account will be successfully authenticated"**].*<br><br>*For example, Zoho Cliq comprising a server called Zoho Analytics server, which is able to verify if the identity data of an individual are meaningful or not by authenticating password restricted to authorized users, i.e., members of an organization.*<br><br>> Zoho Databridge is a lightweight independent utility that bridges your on-premise data source and Zoho Analytics server to enable easy data import. You can also automate the import process to synchronize the data from your local /hosted database into Zoho Analytics at a periodic interval.<br><br><*https://www.zoho.com/analytics/help/import-data/databridge.html*> © 2024 |

Zoho Analytics integrates with Zoho Cliq to enable easy collaboration amongst the members of an organization. This integration allows you to engage in organized conversations and track communication easily.

<*https://www.zoho.com/analytics/help/cliq/chat-using-cliq.html*> *© 2024*



Your account will be successfully authenticated.

<*https://www.zoho.com/analytics/help/managing-datasources.html#connector_re-authenticate*> *© 2024*

Streamline your conversations with Cliq channels for asynchronous team collaboration. Modify a channel's accessibility using channel permissions, use @mentions to notify team members, and make sure your ideas, resources, and efforts align with team goals.

<*https://www.zoho.com/cliq/team-collaboration.html*> © 2024

|  |  | Start focused discussions on specific messages and keep the context of the conversation intact with threaded replies. Host meetings and notify members who are following the thread without disturbing the others in the channel.<br><br><br><<https://www.zoho.com/cliq/team-collaboration.html>> © 2024 |
|---|---|---|
| 9.3 | determining a level of reliability in authenticity based on correspondence between data on said individual entered by a plurality of related individuals; and | Plaintiff contends that Zoho Cliq determines a **level of reliability in authenticity** [**"channel permissions"**] based on **correspondence between data on said individual** [**"channel conversations"**] entered by a **plurality of related individuals** [**"members of an organization"**].<br><br>For example, a company has many levels of reliability where reliability in authenticity varies, i.e., members of a particular organisation (team) or not, etc.  Individuals in the company are assigned roles based on hierarchical relationships entered by members in the permission group.<br><br>> Zoho Databridge is a lightweight independent utility that bridges your on-premise data source and Zoho Analytics server to enable easy data import. You can also automate the import process to synchronize the data from your local /hosted database into Zoho Analytics at a periodic interval.<br><br><<https://www.zoho.com/analytics/help/import-data/databridge.html>> © 2024 |

Zoho Analytics integrates with Zoho Cliq to enable easy collaboration amongst the members of an organization. This integration allows you to engage in organized conversations and track communication easily.

<*https://www.zoho.com/analytics/help/cliq/chat-using-cliq.html*> *© 2024*



Your account will be successfully authenticated.

<*https://www.zoho.com/analytics/help/managing-datasources.html#connector_re-authenticate*> *© 2024*

Streamline your conversations with Cliq channels for asynchronous team collaboration. Modify a channel's accessibility using channel permissions, use @mentions to notify team members, and make sure your ideas, resources, and efforts align with team goals.



<*https://www.zoho.com/cliq/team-collaboration.html*> *© 2024*

Start focused discussions on specific messages and keep the context of the conversation intact with threaded replies. Host meetings and notify members who are following the thread without disturbing the others in the channel.



<*https://www.zoho.com/cliq/team-collaboration.html*> © 2024

| | | |
|---|---|---|
| 9.4 | the system being configured to define one or more levels of permitted communication between individuals in the database and the verified individual on the basis of said verification. | *Plaintiff contends that Zoho Cliq's system is configured to **define one or more levels of permitted communication** ["**channel permissions**"] between **individuals in the database** ["**local/hosted database**"] and the **verified individual** ["**members of an organization**"] on the basis of said **verification** ["**account will be successfully authenticated**"].*<br><br>*For example, company's President & CEO (top individual) communicates with other individuals in the same company. All individuals in the company are verified by definition. However, the bottom-level employees may not be permitted to communicate directly with company's President & CEO.*<br><br>> Zoho Databridge is a lightweight independent utility that bridges your on-premise data source and Zoho Analytics server to enable easy data import. You can also automate the import process to synchronize the data from your local /hosted database into Zoho Analytics at a periodic interval.<br><br>*<https://www.zoho.com/analytics/help/import-data/databridge.html> © 2024*<br><br>> Zoho Analytics integrates with Zoho Cliq to enable easy collaboration amongst the members of an organization. This integration allows you to engage in organized conversations and track communication easily.<br><br>*<https://www.zoho.com/analytics/help/cliq/chat-using-cliq.html> © 2024*<br><br><br><br>Your account will be successfully authenticated.<br><br>*<https://www.zoho.com/analytics/help/managing-datasources.html#connector_re-authenticate> © 2024* |

Streamline your conversations with Cliq channels for asynchronous team collaboration. Modify a channel's accessibility using channel permissions, use @mentions to notify team members, and make sure your ideas, resources, and efforts align with team goals.



<*https://www.zoho.com/cliq/team-collaboration.html*> *© 2024*

Start focused discussions on specific messages and keep the context of the conversation intact with threaded replies. Host meetings and notify members who are following the thread without disturbing the others in the channel.



<*https://www.zoho.com/cliq/team-collaboration.html*> *© 2024*