**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **DATREC, LLC,**<br>**Plaintiff,**<br><br>v.<br><br>**ZOHO CORPORATION,**<br>**Defendant** | **Civil Action No. 7:24-cv-00258**<br><br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF RELATED CASES

Please be advised that the attached "Exhibit A" contains all related cases. The cases are related by common entity, DatRec, LLC, and common patents.

Respectfully submitted,

*/s/ William P. Ramey, III*
William P. Ramey, III
Ramey LLP
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for DatRac, LLC***

1