# EXHIBIT A

| Case Title | Case Number | Court | Date Filed |
|---|---|---|---|
| DatRec, LLC v. CapGemini U.S. LLC | [7:2024cv00256](#) | Texas Western District Court | 10/08/2024 |