IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| DATREC, LLC,<br>    Plaintiff,<br><br>v.<br><br>ZOHO TECHNOLOGIES CORPORATION,<br>    Defendant | **Civil Action No. 7:24-cv-00258-DC-DTG**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, DatRec, LLC, files this notice of voluntary dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITHOUT PREJUDICE as to the asserted patent. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: January 21, 2025

                                                  Respectfully submitted,

                                                  */s/ William P. Ramey, III*
                                                  William P. Ramey, III
                                                  Texas Bar No. 24027643
                                                  **Ramey LLP**
                                                  5020 Montrose Blvd., Suite 800
                                                  Houston, Texas 77006
                                                  (713) 426-3923
                                                  wramey@rameyfirm.com

                                                  *Attorneys for DatRec, LLC*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that January 21, 2025, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ William P. Ramey, III*
William P. Ramey, III
